**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| **TARA SPEICHER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:16-cv-00059-JVB-SLC |
| | ) |
| **COMMUNITY DENTAL CLINIC, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Tara Speicher, and Defendant, Community Dental Clinic, Inc., having reached an agreement to settle this matter, hereby stipulate to the dismissal with prejudice of all claims by Tara Speicher, pursuant to Fed.R.Civ.Pro. 41(a)(1)(A), with each party to bear her/its own attorneys' fees and costs.

| TARA SPEICHER | COMMUNITY DENTAL CLINIC, INC. |
|---|---|
| By: /s/ Christopher S. Stake | By: /s/ Michael W. Padgett (with consent) |
| Christopher S. Stake | Michael W. Padgett |
| DeLaney & DeLaney LLC | Jackson Lewis P.C. |
| 3646 Washington Blvd. | 10 West Market Street |
| Indianapolis, Indiana 46205 | Suite 2400 |
| CStake@delaneylaw.net | Indianapolis, Indiana 46204 |
| Attorney for Plaintiff | padgettm@jacksonlewis.com |
| | Attorney for Defendant |